Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  12−28041−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Dyksen<br>21 Longbridge Road<br>Branchville, NJ 07826 | Laure Lyons−Dyksen<br>aka Laure Lyons, aka Laure Dyksen<br>21 Longbridge Road<br>Branchville, NJ 07826 |

Social Security No.:
  xxx−xx−5299                                           xxx−xx−1878

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 9, 2017            John K. Sherwood
                                  Judge, United States Bankruptcy Court